UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case Number: 08-10934
                              Honorable:  Robert H. Cleland
VS.                              Claim Number:1999A21373

ROBERT J. MCGEE,
SS# XXX-XX-6356

        Defendant.
_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal Defendant upon receipt of this document.

                                         S/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 23, 2009, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522